## Second Department, May, 1935.

W. A. Brockhurst Company, Inc., Respondent, Appellant, v. The City of Yonkers; New York, and The Board of Education of the City of Yonkers, New York, and Others, Appellants; and Others, Defendants.— Action to foreclose the plaintiff's lien on a fund in the treasury of the city of Yonkers, appropriated for the construction of a junior high school, and to set aside two payments to the general contractor, aggregating $75,000, on the ground that they were fraudulently and collusively made. The Special Term allowed plaintiff's lien and the liens of certain others who were brought in as parties defendant; and held that the two payments mentioned were fraudulently made. Defendants The City of Yonkers and the Board of Education appeal from the judgment in its entirety; and there are cross-appeals from those parts of the judgment which allow certain other liens. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ. Settle order on notice.

Lillie Bruch and Hugo Bruch, Also Known as Lillie Brooks and Hugo Brooks; Appellants; v. New York and Queens Transit Corporation; Instead of New York and Queens Traction Corporation; Respondent.— Plaintiff wife was injured as a claimed consequence of being thrown out of defendant's car by a sudden jerk while the car was in motion and the exit door open. She sought judgment for her injuries and the husband sought judgment for his expenses and loss of services. The defendant had a verdict. Plaintiffs appeal from the judgment entered thereon and from the order denying their motion for a new trial. Judgment and order reversed on the law and a new trial granted, costs to abide the event. It was error to receive defendant's Exhibit C, a prior consistent statement of the witness Rama, in evidence. The cross-examination of the witness disclosed no claim of recent fabrication, and, in any event, paragraph No. 8 of the statement, in which the witness Rama gave his opinion, was inadmissible. (Richardson Ev. [4th ed.], § 579, and cases cited; Dechert v. Municipal Electric Light Co., 39 App. Div. 490, 496.) Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

Commissioner of Public Welfare of the City of New York, on Complaint of Elizabeth Weber, Respondent, v. James Hodge (Also Known as John McDougall), Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Richmond, affirmed. No opinion. Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Scudder, J., dissent.